■ BRIAN J. BURSTIN, Appellant, v IRA SPODEK et al., Respondents. [802 NYS2d 363]—Order, Supreme Court, New York County (Jane S. Solomon, J.), entered May 20, 2004, unanimously affirmed for the reasons stated by Solomon, J., without costs or disbursements. No opinion. Concur—Andrias, J.P., Saxe, Nardelli and Malone, JJ.